NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETWORK-1 TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**HEWLETT-PACKARD COMPANY, HEWLETT PACKARD ENTERPRISE COMPANY,**
*Defendants-Cross-Appellants*

---

2018-2338, 2018-2339, 2018-2395, 2018-2396

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:11-cv-00492-RWS, 6:13-cv-00072-RWS, Judge Robert Schroeder, III.

---

## ON PETITION FOR PANEL REHEARING

---

Before PROST, *Chief Judge*, NEWMAN and BRYSON, *Circuit Judges.*

PER CURIAM.

### O R D E R

Appellant Network-1 Technologies, Inc. filed a petition for panel rehearing.  A response to the petition was invited by the court and filed by Cross-Appellants Hewlett-

2       NETWORK-1 TECHNOLOGIES, INC. v. HEWLETT-PACKARD
                                              COMPANY

Packard Company and Hewlett Packard Enterprise Company. Cross-Appellants also separately filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appellant's petition for panel rehearing is granted to the extent that the previous precedential opinion and judgment issued September 24, 2020, are withdrawn and replaced with the modified precedential opinion and judgment accompanying this order.

(2) Cross-Appellants' petition for panel rehearing is denied.

(3) The mandate of the court shall issue on December 28, 2020.


                                   FOR THE COURT

November 20, 2020          /s/ Peter R. Marksteiner
      Date                 Peter R. Marksteiner
                           Clerk of Court